FILED

08 APR -8 PM 2:07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>INEZ MARIE PARQUETTE (1),<br>THOMAS PARQUETTE (2),<br>Defendant. | Criminal Case No. '08 CR 1091 JLS<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about March 22, 2008, within the Southern District of California, defendants INEZ MARIE PARQUETTE and THOMAS PARQUETTE did knowingly and intentionally import 1 kilogram and more, to wit: approximately 10.4 kilograms (22.88 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

CJB:em:Imperial
4/7/08

Count 2

On or about March 22, 2008, within the Southern District of California, defendants INEZ MARIE PARQUETTE and THOMAS PARQUETTE did knowingly and intentionally possess, with intent to distribute, 1 kilogram and more, to wit: approximately 10.4 kilograms (22.88 pounds) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: April 8, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney