**LINDA LOPEZ**
Florida State Bar No. 0177301
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Parquette

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. THOMAS PARQUETTE, Defendant. | ) | CASE NO. 08CR1091-JLS<br>DATE: May 16, 2008<br>TIME: 1:30 p.m.<br>**MOTION TO SHORTEN TIME** |

The above-named defendant, Mr. Parquette, by and through counsel, moves this Court for an order shortening time in the *Defendant's Notice of Motions and Motions to Compel Discovery and Leave to File Further Motions* two (2) day(s), to be heard May 16, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

> Motions were not filed timely because defense counsel and government counsel are in the process of negotiations to possibly resolve case. A copy will be submitted to the government.

Respectfully submitted,

DATED: May 14, 2008

*/s/ Linda Lopez*
**LINDA LOPEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Parquette

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Cook**
Paul.Cook@usdoj.gov

**Michael Edmund Burke**
Burkelaw1@sbcglobal.net,Burkeslaw@pacbell.net

Dated: May 14, 2008

*/s/ Linda Lopez*

LINDA LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Linda_Lopez@fd.org