UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1091-JLS |
| Plaintiff, | ) | DATE: May 16, 2008<br>TIME: 1:30 p.m. |
| v. | ) | |
| THOMAS PARQUETTE, | ) | **ORDER** |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the *Defendant's Motion to Compel Discovery and Leave To File Further Motions* in the above-entitled action be shortened to two (2) day(s), and that the matter be calendared for hearing on May 16, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: May 14, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge