**LINDA LOPEZ**
Florida State Bar No. 0177301
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
linda_lopez@fd.org

Attorneys for Mr. Parquette

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**THOMAS PARQUETTE**,<br>Defendant. | CASE NO. 08CR1091-JLS-02<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Linda Lopez, and Federal Defenders of San Diego, counsel for Mr. Parquette, along with Assistant United States Attorney Paul Cook, that the sentencing hearing in the above-mentioned case should be continued from October 31, 2008 at 9:00 a.m. until November 21, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: August 26, 2008

*/s/ Linda Lopez*
LINDA LOPEZ
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Parquette

Dated: August 26, 2008

*/s/ Paul Cook*
PAUL COOK
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Cook**
Paul.Cook@usdoj.gov

Dated: August 26, 2008

*/s/ Linda Lopez*

LINDA LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Linda_Lopez@fd.org