UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS PARQUETTE,<br>Defendant. | Case No. 08CR1091-JLS-02<br><br>ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Parquette, who is in custody, be continued from October 31, 2008 at 9:00 a.m. until November 21, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: August 27, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge